# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CHADWICK LYNN MILLER, | ) | CASE NO. 5: 20-cv-225 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | MEMORANDUM OPINION |
| | ) | AND ORDER |
| HOLMES COUNTY SHERIFF DEPARTMENT, *et al.*, | ) ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

This is another frivolous *pro se* action filed by plaintiff Chadwick Miller ("Miller"). Miller filed this action against the Holmes County Sheriff Department, the Holmes County Prosecutor's Office, and the State of Ohio, seeking "75 Billion U.S. Dollars," apparently in connection with a 2005 traffic ticket he received in Holmes County. (*See* Doc. No. 1 at 3[1]; Doc. No. 1-1.) His Statement of Claim is incomprehensible.

Miller has not paid the filing fee, but instead has filed a motion to proceed *in forma pauperis* (Doc. No. 2.) That motion is denied. As the Court has now clearly ruled, Miller has abused the privilege of proceeding *in forma pauperis. See Miller v. Mt. Eaton Police Department*, No. 5: 19-cv-2618 (N.D. Ohio Mar. 23, 2020); *Miller v. U.S. Marshal Service*, No. 5: 19-cv-2648 (N.D. Ohio Mar. 13, 2020).

Accordingly, Miller's application to proceed *in forma pauperis* in this matter (Doc. No. 2) is denied, and this action is dismissed for the same reasons the Court stated in dismissing Miller's complaint in Case No. 5: 19-cv-2618. Further, there is no reason to allow Miller the opportunity

---

[1] All page number references are to the page identification number generated by the Court's electronic docketing system.

to re-open this case by paying the filing fee, as his complaint on its face is "totally implausible, attenuated, unsubstantial, frivolous, [and] devoid of merit" and is therefore subject to summary dismissal for lack of subject-matter jurisdiction under *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999).

The Court further certifies that an appeal from this decision could not be taken in good faith. 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**.

Dated: March 23, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**